**Opinion issued June 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-16-00049-CV**

_____

**BIG DOG LOGISTICS, LLP, Appellant**

**V.**

**BLUEBIRD SOLUTIONS, INC., Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-28756**

---

**MEMORANDUM OPINION**

Appellant Big Dog Logistics, LLP has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal is subject to dismissal, appellant has indicated that it does not intend to file a brief. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.